716 A.2d 528

IN THE MATTER OF NEAL E. BRUNSON,
AN ATTORNEY AT LAW.

September 9, 1998.

## ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **NEAL E. BRUNSON**, of **RUTHERFORD**, who was admitted to the bar of this State in 1988;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (failure to act with reasonable diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.5 (failure to prepare a written contingency agreement), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4, *RPC* 1.5(b), *RPC* 3.2, and *RPC* 8 .4(c) and that said conduct warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **NEAL E. BRUNSON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.